### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CASE NO.**   1:26-cr-51 |
| **Plaintiff,** | |
| | **JUDGE**   Dlott |
| v. | |
| | **I N D I C T M E N T** |
| **FELIX BURNETTE,** | |
| | **18 U.S.C. § 922(o)** |
| **Defendant.** | **FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES**:

### COUNT 1
#### (Illegal Possession of a Machinegun)

On or about March 12, 2026, in the Southern District of Ohio, the defendant, **FELIX BURNETTE**, did knowingly possess a machinegun, as defined in 18 U.S.C. § 921(a)(23), that is, a Glock model 21, .45 caliber semi-automatic pistol modified to fire automatically more than one shot without manual reloading by a single function of the trigger.

**In violation of Title 18, United States Code, Sections 922(o), 921(a)(23), and 924(a)(2).**

### FORFEITURE ALLEGATION

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendant, **FELIX BURNETTE**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in or used in such violation including, but not

limited to, a Glock model 21, .45 caliber semiautomatic pistol, bearing serial number XA148US, with any attachments including a machine gun conversion device and any ammunition.

A TRUE BILL

_____
GRAND JURY FOREPERSON

DOMINICK S. GERACE II
UNITED STATES ATTORNEY

ALLISON BISIG OSWALL
SPECIAL ASSISTANT UNITED STATES ATTORNEY

2